# United States District Court
## Violation Notice

**CVB Location Code:** M5

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| F01E004X | Brassington | 2439 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

F01E004X

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 07/01/2025 14:44 | FED 36CFR261.12H |

**Place of Offense:** Great Northern Flats

**Offense Description: Factual Basis for Charge**    HAZMAT ☐
36 CFR 261.12H - CARELESS/RECKLESS OPERATION OF VEHICLE

### DEFENDANT INFORMATION

**Phone:**

| Last Name | First Name | M.I. |
|---|---|---|
| BARGE | SCOTT | A |

**Street Address:**

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

Adult ☐  Juvenile ☐   Sex ☐ M ☐ F   Race   Hair   Eyes   Height   Weight

### VEHICLE

**VIN:**    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 703798E | MT | 1998 | FRTL/ST | | SIL |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $ 350.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 380.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete     Original - CVB Copy     FS-5300-4 (7/05)