# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SCOTT A. BARGE,**<br><br>Defendant. | Case No. 6:25-po-5038-KLD<br><br>Violation No. F01E004X<br>Location Code: M5<br><br>**ORDER** |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the bench trial set for October 23, 2025, at 9:30 am, at the Russell Smith Federal Courthouse, Missoula, Montana is vacated.

Dated this 18th day of October, 2025

_____
Kathleen L. DeSoto
United States Magistrate Judge

1