# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT A. BARGE,<br><br>Defendant. | Case No. 6:25-po-5038-KLD<br><br>Violation No. F01E004X<br>Location Code: M5<br><br>ORDER |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the above-referenced case is dismissed and should be closed.

Dated this  24th   day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1